# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D15-4663

_____

CARRIE BOATWRIGHT,

    Appellant,

    v.

WELLS FARGO BANK, N.A.,
as Trustee for Option One
Mortgage Loan Trust
2005-4, Asset Backed
Certificates, Series 2005-4,

    Appellee.

_____

On appeal from the Circuit Court for Levy County.
Stanley H. Griffis, III, Judge.

May 30, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Carrie Boatwright, pro se, Appellant.

Kimberly S. Mello, Jonathan S. Tannen, Laura J. Bassini, and Danielle M. Diaz of Greenberg Traurig, P.A., Tampa, for Appellee.